**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:12-cv-00529-LJO-GSA<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND THE DEADLINE TO AMEND THE PLEADINGS**<br><br>Complaint Filed: April 5, 2012<br><br>[U.S. Magistrate Judge Gary S. Austin] |

)
_____

The Court, having received and reviewed CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063 and LEXINGTON INSURANCE COMPANY's Stipulation to Further Extend the Deadline to Amend the Pleadings and good cause appearing there from, the Court GRANTS the stipulation and ORDERS as follows:

The deadline for the parties to amend their pleadings is extended to March 13, 2013.

IT IS SO ORDERED.

Dated:   **December 21, 2012**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE