**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:12-cv-00529-LJO-GSA<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND THE DEADLINE TO AMEND THE PLEADINGS**<br><br>Complaint Filed: April 5, 2012<br><br>[U.S. Magistrate Judge Gary S. Austin] |

The Court, having received and reviewed CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059,618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063 and LEXINGTON INSURANCE COMPANY's Stipulation to Further Extend the Deadline to Amend the Pleadings and good cause appearing therefrom, the Court GRANTS the stipulation and ORDERS as follows:

The deadline for the parties to amend their pleadings is extended to March 29, 2013. The parties are advised that other deadlines in the Scheduling Order issued on July 10, 2012 (Doc. 16) will not be amended absent a showing of good cause.

IT IS SO ORDERED.

    Dated:  **March 14, 2013**         **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE