# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:12-cv-00529-LJO-GSA<br><br>**ORDER GRANTING STIPULATION TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT AND DEFENDANT'S COUNTERCLAIM**<br><br>Original Complaint Filed: April 5, 2012<br><br>[U.S. Magistrate Judge Gary S. Austin] |

Based on the Stipulation filed by the parties (Doc. 26), and for good cause shown, the Court orders as follows:

(1) Plaintiff Underwriters is granted leave to file its Second Amended Complaint for Damages;

(2) Defendant Lexington's responsive pleading shall be filed no more than twenty-one days after service of the Second Amended Complaint;

(3) Defendant Lexington is permitted to file a Counterclaim as part of its responsive pleading to the Second Amended Complaint;

(4) Plaintiff Underwriters' Answer to Defendant Lexington's Counterclaim shall be filed

1               no more than twenty-one days after service of the Counterclaim.

2       (5) The Clerk of this Court is directed to docket the Second Amended Complaint (Doc.

3            28) as if filed on March 29, 2013.

IT IS SO ORDERED.

Dated:   **April 3, 2013**                               **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE