# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028, AND 618/A11635001/063, | Case No.: 1:12-cv-00529-LJO-GSA |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** (Doc. 33.) |
| vs. | |
| LEXINGTON INSURANCE COMPANY, | |
| Defendant. | |

Plaintiffs' counsel notified this Court that settlement has been reached among all parties. Pursuant to Local Rule 160, this Court ORDERS the parties, **no later than September 17, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the August 25, 2013 scheduling conference, which is subject to immediate resetting if settlement is not timely completed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

**SO ORDERED**
**Dated: July 31, 2013**

**/s/ Lawrence J. O'Neill**
**United States District Judge**