# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063, <br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LEXINGTON INSURANCE COMPANY.<br><br>　　　　　　Defendant. | Case No.: 1:12-CV-00529-LJO-GSA<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:　April 5, 2012<br>Trial Date:　　　November 5, 2013<br><br>Honorable Lawrence J. O'Neill |

　　The Court, having received and reviewed the parties' Stipulation to Dismiss Entire Action With Prejudice and good cause appearing therefrom, the Court GRANTS the stipulation and ORDERS as follows:

　　The entire action is dismissed with prejudice, including the Second Amended Complaint filed by Plaintiffs and Counter-Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063 and the Counter-Claim filed by Defendant and Counter-Claimant LEXINGTON INSURANCE COMPANY.

　　Each party is to bear their own fees and costs, as provided in the stipulation.

/ / /

/ / /

/ / /

/ / /

1    The clerk is directed to close this action.

5 IT IS SO ORDERED.

6    Dated:   **September 6, 2013**                         **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE