# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063, | Case No.: 1:12-CV-00529-LJO-GSA |
| | **ORDER GRANTING STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| Plaintiffs, | Complaint Filed:     April 5, 2012 |
| v. | Trial Date:            November 5, 2013 |
| LEXINGTON INSURANCE COMPANY. | Honorable Lawrence J. O'Neill |
| Defendant. | |

The Court, having received and reviewed the parties' Stipulation to Dismiss Entire Action With Prejudice and good cause appearing therefrom, the Court GRANTS the stipulation and ORDERS as follows:

The entire action is dismissed with prejudice, including the Second Amended Complaint filed by Plaintiffs and Counter-Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NOS. 618/A01635001/059, 618/A01635001/099, 618/A01635001/028 AND 618/A11635001/063 and the Counter-Claim filed by Defendant and Counter-Claimant LEXINGTON INSURANCE COMPANY.

Each party is to bear their own fees and costs, as provided in the stipulation.

/ / /

/ / /

/ / /

/ / /

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
USDC, Eastern District, Case No.: 1:12-CV-00529-LJO-GSA

1    The clerk is directed to close this action.

2

3

4

5  IT IS SO ORDERED.

6    Dated:   **September 6, 2013**                    **/s/ Lawrence J. O'Neill**
7                                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE
USDC, Eastern District, Case No.:  1:12-CV-00529-LJO-GSA